# Exhibit 2

**U.S. Patent No. US11973804 — Network Service Plan Design**
**Infringement by Google Cloud Services**

**Accused Instrumentalities:** Google servers and services, and all versions and variations thereof, including but not limited to Google Cloud services and infrastructure, including Google Cloud Service Infrastructure (including the Service Management API, the Service Control API, and the Service Usage and Service Consumer Management APIs), Google Cloud Endpoints and API Gateway (including the Extensible Service Proxy and ESPv2), Google Cloud Identity and Access Management ("Google IAM", including allow policies, deny policies, and IAM Conditions), the Google Cloud Organization Policy Service, Google Cloud VPC Service Controls, Google Cloud Quotas (including quota overrides, quota preferences, and the Cloud Quotas API), Google Cloud Billing (including budgets, budget alert threshold rules, and programmatic budget notifications), Google Cloud Monitoring (including alerting policies and notification channels), Google Cloud Armor (including security policies, rate limiting, and Adaptive Protection), Google Cloud Load Balancing (including URL maps and host rules), Google Cloud Next Generation Firewall (including VPC firewall rules), Google Compute Engine (including the Compute Engine API, Compute Engine IAM roles and permissions, instance service accounts and access scopes, OS Login, allocation quotas, and Compute Engine instance metering and billing), Google Kubernetes Engine (including Standard node pools and Autopilot Pod metering and billing), Google Cloud Run, Google Cloud Functions, and Google App Engine (collectively, the "Accused Instrumentalities").

Google Cloud Service Infrastructure is the platform through which Google creates, provisions, and runs the managed services that Google delivers over its network, and it is used by Google APIs, Cloud APIs, Cloud Endpoints, and API Gateway. Google provisions a managed service by creating a service configuration that defines the service's settings and behaviors — including which methods require authentication, which require API keys, and which metrics are monitored and billed — and by deploying that service configuration to the Service Management API, which compiles the submitted source files into a validated service configuration and rolls it out to the elements that enforce it. Those elements thereafter call the Service Control API on each request and response: services.check for admission control, and services.report for logging, monitoring, and billing. Google separately provisions access control and access accounting policy through Google IAM and the Organization Policy Service on the control side, and through Cloud Quotas and Cloud Billing on the accounting side, and Google's own documentation confirms that access changes must propagate across Google's distributed systems before they become effective everywhere. Google Compute Engine illustrates both halves as to a single named service. On the control side, Google identifies the user, group, or service account making a Compute Engine API request and requires that identity to have the appropriate permissions for every API method in the Compute Engine API; Google uses IAM to authorize login access to instances and checks permissions for every login attempt; and Google allows or denies connections to and from Compute Engine virtual machine instances on a per-instance basis. On the accounting side, Google enforces allocation quotas that define the number of Compute Engine resources a project has access to, blocks access when consumption exceeds the permitted value, measures the accumulated cost against configured Cloud Billing budget threshold rules, and meters and charges for the accessed resources in one-second increments subject to a one-minute minimum, measuring instance uptime in seconds and adjusting the charge through sustained and committed use discounts. Google meters and charges for its other compute services in the same

manner, including Google Kubernetes Engine, Cloud Run, Cloud Functions, and App Engine. This chart identifies citations to evidence demonstrating that Google's servers and services infringe Headwater's Asserted Patent. This chart is representative of other versions and use cases of the Accused Instrumentalities because, on information and belief, there are insubstantial differences between how the accused Google servers and services infringe the claims of the Asserted Patent. Google operates in substantially similar ways across services and devices, as demonstrated by the citations included here and below in the element-by-element chart.

| Issued Claim(s) | Public Documentation |
|---|---|
| [1pre] A method of provisioning a service to be delivered to an end-user device via a network, the method comprising: | The Accused Instrumentalities perform a method of provisioning a service to be delivered to an end-user device via a network.<br><br>For example, Google Cloud Service Infrastructure is the platform through which Google creates, provisions, and runs the managed services delivered over Google's network, including Google APIs, Cloud APIs, Cloud Endpoints, and API Gateway. Google provisions such a service by creating a service configuration defining the service's settings and behaviors and deploying that configuration to the Service Management API to create the service and register it with Google Cloud. The resulting service is delivered over the network to clients, including applications running on end-user devices, by the Service Infrastructure data plane, which handles the data traffic between the clients and the services and supports both internal and external clients. Google likewise delivers services provisioned in this manner to applications resident on end-user devices through Google Cloud app, which displays messages to end-user devices.<br><br>*See, e.g.,*<br><br>• Service Infrastructure — Google Cloud Service Infrastructure (https://docs.cloud.google.com/service-infrastructure/docs/overview)<br>"Service Infrastructure is a foundational platform for creating, managing, securing, and consuming APIs and services across organizations. It is used by Google APIs, Cloud APIs, Cloud Endpoints, and API Gateway."<br><br>• Service Infrastructure — Google Cloud Service Infrastructure (https://docs.cloud.google.com/service-infrastructure/docs/overview)<br>"To create a managed service using Service Infrastructure, you need to create a service configuration to define your service settings and behaviors, such as service name and API surface. You then deploy your |

| Issued Claim(s) | Public Documentation |
| --- | --- |
| | service configuration to the Service Management API to create your service and register it with Google Cloud.”<br>• Service Infrastructure — Google Cloud Service Infrastructure (https://docs.cloud.google.com/service-infrastructure/docs/overview)<br>“The Data Plane, which handles the data traffic between the clients and the services. The data plane can run in different environments and support both internal and external clients.”<br>• As an additional, non-limiting example, Google provisions services delivered to end-user devices via a network through Google Cloud Identity and Access Management (“Google IAM”), the Organization Policy Service, Cloud Quotas, and Cloud Billing, which together govern and account for every request made to a Google Cloud service. Google requires permissions to be evaluated before any action in Google Cloud is performed, and Google provisions the governing policies through the Google Cloud console, the Google Cloud CLI, the REST API, and the Resource Manager client libraries.<br>*See, e.g.,*<br>• IAM overview — Google Cloud IAM (https://docs.cloud.google.com/iam/docs/overview)<br>“Every action in Google Cloud requires certain permissions. When someone tries to perform an action in Google Cloud-for example, create a VM instance or view a dataset-IAM first checks if they have the required permissions. If they don’t, then IAM prevents them from performing the action.”<br>• Manage access to projects, folders, and organizations — Google Cloud IAM (https://docs.cloud.google.com/iam/docs/granting-changing-revoking-access)<br>“You can manage access to projects, folders, and organizations with the Google Cloud console, the Google Cloud CLI, the REST API, or the Resource Manager client libraries.” |
| [1a] obtaining an aspect of an access control policy and an aspect of an access accounting policy; | The Accused Instrumentalities obtain an aspect of an access control policy and an aspect of an access accounting policy.<br>For example, Google obtains both aspects in the service configuration source files submitted to the Service Management API. On the access control side, the service configuration specifies the policies governing access to the managed service, including which methods require authentication and which require API keys. On the access accounting side, Google requires that the information governing billing be specified in the same service |

| Issued Claim(s) | Public Documentation |
| --- | --- |
| | configuration before billing data may be reported, and requires that monitoring be configured in the service configuration before metrics may be reported.<br><br>*See, e.g.,*<br><br>• Architectural overview of Cloud Endpoints — Google Cloud Endpoints (https://docs.cloud.google.com/endpoints/docs/openapi/architecture-overview)<br>“It tells ESP or ESPv2 both the surface of the API to be managed along with the policies, such as which methods require authentication, and which require API keys.”<br><br>• Reporting Billing Metrics — Google Cloud Service Infrastructure (https://docs.cloud.google.com/service-infrastructure/docs/reporting-billing-metrics)<br>“Before you send billing data to the Service Control API, you need to specify three different bits of information in your service configuration:”<br><br>• Reporting Billing Metrics — Google Cloud Service Infrastructure (https://docs.cloud.google.com/service-infrastructure/docs/reporting-billing-metrics)<br>“Once you have configured monitoring in the service configuration and pushed the service configuration using the Service Management API, you can call the Service Control API to report metrics.”<br><br>As an additional, non-limiting example, Google obtains an aspect of an access control policy in the form of a Google IAM allow policy, which is a collection of role bindings and metadata that controls access to the resource to which it is attached, and in the form of an organization policy, which configures a constraint restricting one or more Google Cloud services. Google obtains an aspect of an access accounting policy in the form of a Cloud Quotas quota override or quota preference specifying the permitted level of resource consumption, and in the form of a Cloud Billing budget amount with associated budget alert threshold rules.<br><br>*See, e.g.,*<br><br>• Understanding allow policies — Google Cloud IAM (https://docs.cloud.google.com/iam/docs/allow-policies)<br>“An allow policy is a collection of role bindings and metadata. A role binding specifies what access should be granted to a resource. It associates, or binds, one or more principals with a single IAM role and any context-specific conditions that change how and when the role is granted.” |

| Issued Claim(s) | Public Documentation |
|---|---|
| | • Understanding allow policies — Google Cloud IAM (https://docs.cloud.google.com/iam/docs/allow-policies)<br>“You can grant access to Google Cloud resources by using allow policies, which are attached to resources. You can attach only one allow policy to each resource. The allow policy controls access to the resource itself, as well as any descendants of that resource that inherit the allow policy.”<br>• Organization Policy overview — Google Cloud Organization Policy Service (https://docs.cloud.google.com/organization-policy/overview)<br>“An organization policy configures a single constraint that restricts one or more Google Cloud services. The organization policy is set on an organization, folder, or project resource to enforce the constraint on that resource and any child resources.”<br>• View and manage quotas — Google Cloud Quotas (https://docs.cloud.google.com/docs/quotas/view-manage)<br>“To restrict usage of a particular resource, create a quota override by changing the quota value to a value less than the default quota value. Creating a quota override is sometimes referred to as capping usage.”<br>• View and manage quotas — Google Cloud Quotas (https://docs.cloud.google.com/docs/quotas/view-manage)<br>“You can use the Cloud Quotas API to get current quota information and set quota preferences for Google Cloud APIs and services.”<br>• Create, edit, or delete budgets and budget alerts — Google Cloud Billing (https://docs.cloud.google.com/billing/docs/how-to/budgets)<br>“After you’ve set a budget amount, you set budget alert threshold rules that are used to trigger email notifications.”<br>As a further additional, non-limiting example, Google obtains both aspects with respect to a single named service, Google Compute Engine. Google obtains an aspect of an access control policy in the form of the policies that grant IAM roles to a member of the project — a user, a group, or a service account — which Google requires for every API method in the Compute Engine API as to the identity making the request, and in the form of the access scopes set on each instance. Google obtains an aspect of an access accounting policy in the form of the allocation quotas that define the number of Compute Engine resources the project has access to, the quota overrides by which that number is reduced, and the Cloud Billing budget threshold rules applicable to the project in which those Compute Engine resources are consumed. |

| **Issued Claim(s)** | **Public Documentation** |
|---|---|
| | *See, e.g.,*<br>• Compute Engine IAM roles and permissions — Google Compute Engine (https://docs.cloud.google.com/compute/docs/access/iam)<br>"With IAM, every API method in Compute Engine API requires that the identity making the API request has the appropriate permissions to use the resource. Permissions are granted by setting policies that grant roles to a member (user, group, or service account) of your project."<br>• Service accounts — Google Compute Engine (https://docs.cloud.google.com/compute/docs/access/service-accounts)<br>"The authorization provided to applications hosted on a Compute Engine instance is limited by two separate configurations: the roles granted to the attached service account, and the access scopes that you set on the instance. Both of these configurations must allow access before the application running on the instance can access a resource."<br>• Allocation quotas — Google Compute Engine (https://docs.cloud.google.com/compute/resource-usage)<br>"Allocation quotas, also known as resource quotas, define the number of resources that your project has access to. Compute Engine enforces allocation quotas on resource usage for various reasons."<br>• View and manage quotas — Google Cloud Quotas (https://docs.cloud.google.com/docs/quotas/view-manage)<br>"To restrict usage of a particular resource, create a quota override by changing the quota value to a value less than the default quota value. Creating a quota override is sometimes referred to as capping usage."<br>• Create, edit, or delete budgets and budget alerts — Google Cloud Billing (https://docs.cloud.google.com/billing/docs/how-to/budgets)<br>"After you've set a budget amount, you set budget alert threshold rules that are used to trigger email notifications." |
| [1b] generating an access control policy instruction based at least in part on the | The Accused Instrumentalities generate an access control policy instruction based at least in part on the aspect of the access control policy and an access accounting policy instruction based at least in part on the aspect of the access accounting policy. |

| **Issued Claim(s)** | **Public Documentation** |
|---|---|
| aspect of the access control policy and an access accounting policy instruction based at least in part on the aspect of the access accounting policy; | For example, Google's Service Management API compiles the submitted service configuration source files — which include both the access control aspects and the access accounting aspects identified in element [1a] — into a validated service configuration. Google likewise automatically converts a published OpenAPI specification into a corresponding service configuration. The resulting compiled service configuration is the instruction set that Google's enforcement elements thereafter execute, and Google generates it from the OpenAPI specification or from the gRPC service configuration YAML file.<br>*See, e.g.,*<br>• Managing Service Configurations — Google Cloud Service Infrastructure (https://docs.cloud.google.com/service-infrastructure/docs/manage-config)<br>"To update your service configuration, you need to submit a list of service configuration source files to the Service Management API, and the server will compile them into a validated service configuration."<br>• Glossary — Google Cloud Service Infrastructure (https://docs.cloud.google.com/service-infrastructure/docs/glossary)<br>"The Service Management API also allows publishing an OpenAPI specification, formerly known as the Swagger Specification, which is automatically converted to a corresponding service configuration."<br>• Architectural overview of Cloud Endpoints — Google Cloud Endpoints (https://docs.cloud.google.com/endpoints/docs/openapi/architecture-overview)<br>"The service configuration is generated from the OpenAPI specification or from gRPC, the service configuration YAML file."<br>• Deploying the Endpoints configuration — Google Cloud Endpoints (https://docs.cloud.google.com/endpoints/docs/openapi/deploy-endpoints-config)<br>"When you are ready to deploy your API, you run the Google Cloud CLI, which uses Service Management to upload your API configuration and to create (or update) a managed service."<br>As an additional, non-limiting example, Google generates an access control policy instruction from the obtained IAM allow policy and organization policy in the form of the rules Google thereafter applies to each request, and generates an access accounting policy instruction from the obtained quota and budget configuration in the form of the threshold rules Google thereafter enforces. Google states that the constraint set on a resource as an |

| **Issued Claim(s)** | **Public Documentation** |
| --- | --- |
| | organization policy applies the rules defined in that constraint, and that the Google Cloud service mapped to the constraint enforces the restrictions so configured.<br>*See, e.g.*,<br>• Organization Policy overview — Google Cloud Organization Policy Service (https://docs.cloud.google.com/organization-policy/overview)<br>"This blueprint is then set on a resource in your resource hierarchy as an organization policy, which applies the rules defined in the constraint. The Google Cloud service mapped to that constraint and associated with that resource enforces the restrictions configured within the organization policy."<br>• Create, edit, or delete budgets and budget alerts — Google Cloud Billing (https://docs.cloud.google.com/billing/docs/how-to/budgets)<br>"You can set threshold rules to trigger email alert notifications. When your actual costs or forecasted costs exceed a percentage of your budget (based on the rules you set), alert emails are sent to the recipients you specify." |
| [1c] providing the access control policy instruction and the access accounting policy instruction to one or more processing elements accessible via the network; | The Accused Instrumentalities provide the access control policy instruction and the access accounting policy instruction to one or more processing elements accessible via the network.<br>For example, Google deploys the compiled service configuration to the processing elements that enforce it by means of a service rollout, and Google's enforcement elements obtain that configuration over the network. Google's Extensible Service Proxy and ESPv2 obtain the service configuration from Service Management upon startup. Google describes Service Infrastructure as a distributed microservice architecture whose control plane controls the data plane based on the configurations coming from the management plane, and Google describes the service configuration as being pushed using the Service Management API before the Service Control API is called. Google's Cloud Endpoints is itself a distributed API management system comprising services, runtimes, and tools.<br>*See, e.g.*,<br>• Glossary — Google Cloud Service Infrastructure (https://docs.cloud.google.com/service-infrastructure/docs/glossary) |

| Issued Claim(s) | Public Documentation |
| --- | --- |
| | "A service rollout defines how the Service Management API should deploy service configurations to Google Cloud Platform and how the configurations take effect."<br>• Architectural overview of Cloud Endpoints — Google Cloud Endpoints (https://docs.cloud.google.com/endpoints/docs/openapi/architecture-overview)<br>"Upon startup, ESP or ESPv2 obtains its service configuration from Service Management. The service configuration is generated from the OpenAPI specification or from gRPC, the service configuration YAML file. It tells ESP or ESPv2 both the surface of the API to be managed along with the policies, such as which methods require authentication, and which require API keys."<br>• Architectural overview of Cloud Endpoints — Google Cloud Endpoints (https://docs.cloud.google.com/endpoints/docs/openapi/architecture-overview)<br>"ESP is a NGINX-based proxy that runs in front of the backend and injects Endpoints functionality such as authentication, monitoring, and logging. ESP retrieves a service configuration from Service Management and uses it to validate incoming requests."<br>• Architectural overview of Cloud Endpoints — Google Cloud Endpoints (https://docs.cloud.google.com/endpoints/docs/openapi/architecture-overview)<br>"Endpoints is a distributed API management system comprising services, runtimes, and tools."<br>• Service Infrastructure — Google Cloud Service Infrastructure (https://docs.cloud.google.com/service-infrastructure/docs/overview)<br>"Service Infrastructure uses a distributed microservice architecture. The system is divided into three planes based on their functionality: The Management Plane, which lets developers manage configurations of their services and their usage of services. The Data Plane, which handles the data traffic between the clients and the services. The data plane can run in different environments and support both internal and external clients. The Control Plane, which controls the data plane based on the configurations coming from the management plane, such as rate limiting."<br>• Reporting Billing Metrics — Google Cloud Service Infrastructure (https://docs.cloud.google.com/service-infrastructure/docs/reporting-billing-metrics) |

| Issued Claim(s) | Public Documentation |
|---|---|
| | “Once you have configured monitoring in the service configuration and pushed the service configuration using the Service Management API, you can call the Service Control API to report metrics.”<br><br>As an additional, non-limiting example, Google provides the access control policy instruction to distributed processing elements accessible via the network, as confirmed by Google’s own documentation of the time required for an access change to propagate across Google’s systems before it becomes effective. Google states that access changes are eventually consistent, that it takes time for them to propagate through the system, and that in the meantime recent access changes might not be effective everywhere — typically two minutes and potentially seven minutes or longer for a change to an allow or deny policy. Google further states that the Google Cloud service associated with a resource is what enforces the restrictions configured within an organization policy, and that all descendants of a resource inherit the organization policy set on it.<br><br>*See, e.g.,*<br>• Access change propagation — Google Cloud IAM (https://docs.cloud.google.com/iam/docs/access-change-propagation)<br>“In IAM, access changes, such as granting a role or denying a permission, are eventually consistent. This means that it takes time for access changes to propagate through the system. In the meantime, recent access changes might not be effective everywhere.”<br><br>• Access change propagation — Google Cloud IAM (https://docs.cloud.google.com/iam/docs/access-change-propagation)<br>“Typically 2 minutes, potentially 7 minutes or longer”<br><br>• Organization Policy overview — Google Cloud Organization Policy Service (https://docs.cloud.google.com/organization-policy/overview)<br>“When an organization policy is set on a resource, all descendants of that resource inherit the organization policy by default. If you set an organization policy on the organization resource, then the configuration of restrictions defined by that policy will be passed down through all descendant folders, projects, and service resources.” |

| **Issued Claim(s)** | **Public Documentation** |
| --- | --- |
| [1d] executing, by the one or more processing elements, the access control policy instruction to apply an access control action in connection with the service; and | The Accused Instrumentalities execute, by the one or more processing elements, the access control policy instruction to apply an access control action in connection with the service.<br><br>For example, Google requires that a managed service running on Service Infrastructure call the Service Control API for admission control on each request. Google's Service Control applies API management rules at runtime and provides a Check method that verifies authentication and API keys and indicates whether a call should be permitted, and Google's Service Control API v2 provides a services.check method that provides admission control to all services integrated with Service Infrastructure. The access control action is applied in connection with the same managed service identified in the service configuration.<br><br>*See, e.g.*,<br><br>• Service Infrastructure — Google Cloud Service Infrastructure (https://docs.cloud.google.com/service-infrastructure/docs/overview)<br><br>"To run a managed service using Service Infrastructure, your service needs to call the Service Control API for admission control on each request, and telemetry reporting on each response, such as validating API keys and reporting API metrics."<br><br>• Architectural overview of Cloud Endpoints — Google Cloud Endpoints (https://docs.cloud.google.com/endpoints/docs/openapi/architecture-overview)<br><br>"Service Control applies API management rules at runtime, such as key authentication, monitoring, and logging. Service Control provides the following methods: Check - verifies authentication and API keys, and indicates whether a call should be permitted Report - notifies the systems of record for logging and monitoring"<br><br>• Admission Control — Google Cloud Service Infrastructure (https://docs.cloud.google.com/service-infrastructure/docs/admission-control)<br><br>"The Service Control API v2 provides a simple services.check method that provides admission control to all services integrated with Service Infrastructure."<br><br>• Google infrastructure security design overview — Google Cloud (https://docs.cloud.google.com/docs/security/infrastructure/design) |

| Issued Claim(s) | Public Documentation |
|---|---|
| | "A request comes in through the Google Front End service or the Cloud Front End service for customer VMs. The request is routed to the central user identity service that completes the authentication check and issues the end-user context tickets. The request is also routed to check for items such as the following: IAM access permissions, including policy and group membership Access transparency using Access Transparency Cloud Audit Logs Quotas Billing Attribute calculator VPC Service Controls security perimeters After all of these checks pass, the Google Cloud backend services are called."<br><br>As an additional, non-limiting example, Google IAM executes the access control policy instruction by checking the resource's allow policy on each attempted access and permitting or preventing the action accordingly, and the Organization Policy Service is enforced by the Google Cloud service mapped to the constraint. Google Cloud Armor and Google Cloud Next Generation Firewall likewise apply access control actions to requests directed to a backend service.<br><br>*See, e.g.,*<br><br>• IAM overview — Google Cloud IAM (https://docs.cloud.google.com/iam/docs/overview)<br>"When an authenticated principal attempts to access a resource, IAM checks the resource's allow policy to determine whether the principal has the required permissions. If the principal is in a role binding that includes a role with the required permissions, then they're allowed to access the resource."<br><br>• IAM overview — Google Cloud IAM (https://docs.cloud.google.com/iam/docs/overview)<br>"IAM Conditions lets you define and enforce conditional, attribute-based access control."<br><br>• Organization Policy overview — Google Cloud Organization Policy Service (https://docs.cloud.google.com/organization-policy/overview)<br>"The Google Cloud service mapped to that constraint and associated with that resource enforces the restrictions configured within the organization policy."<br><br>• Overview of VPC Service Controls — Google Cloud VPC Service Controls (https://docs.cloud.google.com/vpc-service-controls/docs/overview)<br>"Context-aware access to resources is based on client attributes, such as identity type (service account or user), identity, device data, and network origin (IP address or VPC network)." |

| **Issued Claim(s)** | **Public Documentation** |
|---|---|
| | • Security policy overview — Google Cloud Armor (https://docs.cloud.google.com/armor/docs/security-policy-overview)<br>“The rules can filter traffic based on conditions such as an incoming request’s IP address, IP range, region code, or request headers.”<br>• VPC firewall rules — Google Cloud Next Generation Firewall (https://docs.cloud.google.com/firewall/docs/firewalls)<br>“The components enable you to target certain types of traffic, based on the traffic’s protocol, destination ports, sources, and destinations.”<br>As a further additional, non-limiting example, Google applies an access control action in connection with a single named service, Google Compute Engine, and does so by identifying the requesting party and then determining that party’s permissions. Google requires, for every API method in the Compute Engine API, that the identity making the API request have the appropriate permissions to use the resource — that is, Google identifies the user, group, or service account making the request and permits the requested operation only where the policies granting IAM roles to that member confer the required permissions. Google permits an application hosted on a Compute Engine instance to reach a resource only where both the roles granted to the attached service account and the access scopes set on the instance allow that access. As to users of Compute Engine instances, Google uses IAM to authorize login access and checks permissions for every login attempt to a compute instance in order to prevent unwanted access. Google’s VPC firewall rules further allow or deny connections to and from Compute Engine virtual machine instances, are always enforced, and allow or deny connections on a per-instance basis.<br>*See, e.g.,*<br>• Compute Engine IAM roles and permissions — Google Compute Engine (https://docs.cloud.google.com/compute/docs/access/iam)<br>“With IAM, every API method in Compute Engine API requires that the identity making the API request has the appropriate permissions to use the resource. Permissions are granted by setting policies that grant roles to a member (user, group, or service account) of your project.”<br>• Service accounts — Google Compute Engine (https://docs.cloud.google.com/compute/docs/access/service-accounts) |

| **Issued Claim(s)** | **Public Documentation** |
|---|---|
| | "The authorization provided to applications hosted on a Compute Engine instance is limited by two separate configurations: the roles granted to the attached service account, and the access scopes that you set on the instance. Both of these configurations must allow access before the application running on the instance can access a resource."<br>• About OS Login — Google Compute Engine (https://docs.cloud.google.com/compute/docs/oslogin)<br>"OS Login uses IAM to authorize login access"<br>• About OS Login — Google Compute Engine (https://docs.cloud.google.com/compute/docs/oslogin)<br>"Google checks permissions for every login attempt to prevent unwanted access."<br>• VPC firewall rules — Google Cloud Next Generation Firewall (https://docs.cloud.google.com/firewall/docs/firewalls)<br>"VPC firewall rules let you allow or deny connections to or from virtual machine (VM) instances in your VPC network. Enabled VPC firewall rules are always enforced, protecting your instances regardless of their configuration and operating system, even if they have not started up."<br>• VPC firewall rules — Google Cloud Next Generation Firewall (https://docs.cloud.google.com/firewall/docs/firewalls)<br>"While firewall rules are defined at the network level, connections are allowed or denied on a per-instance basis." |
| [1e] executing, by the one or more processing elements, the access accounting policy instruction to apply an access accounting action in connection with the service. | The Accused Instrumentalities execute, by the one or more processing elements, the access accounting policy instruction to apply an access accounting action in connection with the service.<br>For example, Google requires that a managed service running on Service Infrastructure call the Service Control API for telemetry reporting on each response, including reporting API metrics. Google's Service Control API v2 provides a services.report method that provides telemetry reporting to all services integrated with Service Infrastructure, and Google uses the Service Control API to report billing metrics to Cloud Billing. Google's services.allocateQuota method increases recorded usage for the service, consumer, and metric tuple and returns an error when the increased usage goes above the limit. Google accounts for each such operation against a per- |

| Issued Claim(s) | Public Documentation |
|---|---|
| | service quota budget, consuming one quota unit for each call to services.check, each operation reported via services.report, and each call to services.allocateQuota.<br><br>*See, e.g.,*<br><br>• Telemetry Reporting — Google Cloud Service Infrastructure (https://docs.cloud.google.com/service-infrastructure/docs/telemetry-reporting)<br><br>“The Service Control API v2 provides a simple services.report method that provides telemetry reporting to all services integrated with Service Infrastructure.”<br><br>• Service Infrastructure — Google Cloud Service Infrastructure (https://docs.cloud.google.com/service-infrastructure/docs/overview)<br><br>“If your service has some internal components, such as billing pipelines, they can also use the Service Control API for admission control and telemetry reporting. For example, reporting billing metrics to Cloud Billing.”<br><br>• Rate Limiting — Google Cloud Service Infrastructure (https://docs.cloud.google.com/service-infrastructure/docs/rate-limiting)<br><br>“The services.allocateQuota method will try to increase the usage by the specified amount for the (service, consumer, metric) tuple. If the increased usage goes above the limit, an error is returned.”<br><br>• Quotas — Google Cloud Service Infrastructure (https://docs.cloud.google.com/service-infrastructure/docs/quotas)<br><br>“There is a limit of 6,000,000 quota units per minute per service producer project. One quota unit is consumed for each: Call to services.check. Operation reported via services.report. Call to services.allocateQuota.”<br><br>As an additional, non-limiting example, Google Cloud Quotas executes the access accounting policy instruction by blocking access to the resource when consumption exceeds the configured quota, and Google Cloud Billing measures resource usage in defined base units, accrues and calculates costs for that usage, and evaluates it against the configured budget threshold rules, transmitting the current status of the budget to a Pub/Sub topic multiple times per day.<br><br>*See, e.g.,* |

| Issued Claim(s) | Public Documentation |
|---|---|
| | • Cloud Quotas overview — Google Cloud Quotas (https://docs.cloud.google.com/docs/quotas/overview)<br>"In most cases, when you attempt to consume more of a resource than its quota allows, the system blocks access to the resource, and the task that you're trying to perform fails."<br>• Cloud Quotas overview — Google Cloud Quotas (https://docs.cloud.google.com/docs/quotas/overview)<br>"Monitors your consumption of Google Cloud products and services"<br>• Cloud Billing overview — Google Cloud Billing (https://docs.cloud.google.com/billing/docs/concepts)<br>"Your Cloud Billing account accrues and calculates costs for your usage of resources and services in Google Cloud, Google Maps Platform, Firebase, and Google AI Studio."<br>• Structure of Standard data export — Google Cloud Billing (https://docs.cloud.google.com/billing/docs/how-to/export-data-bigquery-tables/standard-usage)<br>"The base unit in which resource usage is measured. For example, the base unit for standard storage is byte-seconds."<br>• Set up programmatic notifications — Google Cloud Billing (https://docs.cloud.google.com/billing/docs/how-to/budgets-programmatic-notifications)<br>"Budget notifications are sent to the Pub/Sub topic multiple times per day with the current status of your budget."<br>As a further additional, non-limiting example, Google applies an access accounting action in connection with a single named service, Google Compute Engine, and applies it to the same access that Google controls at element [1d]. Google executes the allocation quotas and quota overrides identified at element [1a] by enforcing them against Compute Engine resource usage and blocking access to the resource when consumption exceeds the permitted value, and Google executes the Cloud Billing budget threshold rules by measuring the accumulated cost of that consumption against them.<br>*See, e.g.*,<br>• Allocation quotas — Google Compute Engine (https://docs.cloud.google.com/compute/resource-usage)<br>"Allocation quotas, also known as resource quotas, define the number of resources that your project has access to. Compute Engine enforces allocation quotas on resource usage for various reasons." |

| Issued Claim(s) | Public Documentation |
|---|---|
| | • Cloud Quotas overview — Google Cloud Quotas (https://docs.cloud.google.com/docs/quotas/overview)<br>“In most cases, when you attempt to consume more of a resource than its quota allows, the system blocks access to the resource, and the task that you’re trying to perform fails.”<br>• Create, edit, or delete budgets and budget alerts — Google Cloud Billing (https://docs.cloud.google.com/billing/docs/how-to/budgets)<br>“You can set threshold rules to trigger email alert notifications. When your actual costs or forecasted costs exceed a percentage of your budget (based on the rules you set), alert emails are sent to the recipients you specify.”<br>Google measures and charges for the accessed Compute Engine resources with documented granularity. Google charges all vCPUs, GPUs, and gigabytes of memory a minimum of one minute, and charges instances in one-second increments after the first minute. Google bills each vCPU and each gigabyte of memory separately and reports them on the bill as individual vCPUs and memory used per hour. Google measures instance uptime as the number of seconds between when the instance is started and when it is stopped, and Google’s documentation of the compute instance lifecycle identifies the instance states in which charges are incurred. Google measures that usage over the billing month and adjusts the charge accordingly through sustained use discounts, and the resulting usage is reported in Cloud Billing by project, service, and SKU.<br>*See, e.g.,*<br>• VM instance pricing — Google Cloud Compute (https://cloud.google.com/products/compute/pricing)<br>“All vCPUs, GPUs, and GB of memory are charged a minimum of 1 minute. For example, if you run your virtual machine for 30 seconds, you will be billed for 1 minute of usage.”<br>• VM instance pricing — Google Cloud Compute (https://cloud.google.com/products/compute/pricing)<br>“After 1 minute, instances are charged in 1 second increments.”<br>• Extending per second billing in Google Cloud — Google Cloud (https://cloud.google.com/blog/products/gcp/extending-per-second-billing-in-google)<br>“We are pleased to announce that we’re extending per-second billing, with a one minute minimum, to Compute Engine, Container Engine, Cloud Dataproc, and App Engine flexible environment VMs.”<br>• VM instance pricing — Google Cloud Compute (https://cloud.google.com/products/compute/pricing) |

| Issued Claim(s) | Public Documentation |
| --- | --- |
| | "Each vCPU and each GB of memory on Compute Engine is billed separately rather than as part of a single machine type. You still create instances using predefined machine types, but your bill reports them as individual vCPUs and memory used per hour."<br>• VM instance pricing — Google Cloud Compute (https://cloud.google.com/products/compute/pricing)<br>"Instance uptime is measured as the number of seconds between when you start an instance and when you stop an instance, the latter being when the instance state is STOPPING."<br>• Compute instance lifecycle — Google Compute Engine (https://docs.cloud.google.com/compute/docs/instances/instance-lifecycle)<br>"During a compute instance lifecycle, you incur charges for the compute instance as follows:"<br>• VM instance pricing — Google Cloud Compute (https://cloud.google.com/products/compute/pricing)<br>"Compute Engine offers sustained use discounts (SUDs) on resources that are used for more than 25% of a billing month and are not receiving any other discounts."<br>• Analyze billing data and cost trends with Reports — Google Cloud Billing (https://docs.cloud.google.com/billing/docs/how-to/reports)<br>"group your data by a variety of options, such as by project, service, SKU, or location"<br>As a further additional, non-limiting example, Google applies an access accounting action in connection with its other compute services, and does so with respect to the same access that Google's IAM policies control. Google charges a per-cluster management fee for every Google Kubernetes Engine cluster in one-second increments, bills Compute Engine resources in GKE Standard node pools per second with a one-minute minimum, and charges for the CPU, memory, and ephemeral storage requested by running GKE Autopilot Pods in one-second increments with no minimum duration. Google charges for Cloud Run resources rounded up to the nearest 100 milliseconds, measures Cloud Functions compute time in 100-millisecond increments rounded up to the nearest increment, and bills App Engine flexible environment virtual machine resources per second with a one-minute minimum.<br>*See, e.g.,*<br>• Google Kubernetes Engine pricing — Google Kubernetes Engine (https://cloud.google.com/kubernetes-engine/pricing) |

| Issued Claim(s) | Public Documentation |
|---|---|
| | “A flat cluster management fee of $0.10 per cluster per hour (charged in 1 second increments) applies to all GKE clusters irrespective of the mode of operation, cluster size, or topology.”<br>• Google Kubernetes Engine pricing — Google Kubernetes Engine (https://cloud.google.com/kubernetes-engine/pricing)<br>“Compute Engine resources are billed on a per-second basis with a one-minute minimum usage cost.”<br>• Google Kubernetes Engine pricing — Google Kubernetes Engine (https://cloud.google.com/kubernetes-engine/pricing)<br>“you are charged in one-second increments for the CPU, memory, and ephemeral storage resources that your running Pods request in the Pod resource requests, with no minimum duration”<br>• Cloud Run pricing — Google Cloud Run (https://cloud.google.com/run/pricing)<br>“Cloud Run charges you only for the resources you use, rounded up to the nearest 100 millisecond.”<br>• Cloud Functions pricing — Google Cloud Functions (https://cloud.google.com/functions/pricing-1stgen)<br>“Compute time is measured in 100ms increments, rounded up to the nearest increment. For example, a function executing for 260ms would be billed as 300ms.”<br>• App Engine pricing — Google App Engine (https://cloud.google.com/appengine/pricing)<br>“These virtual machine resources are billed on a per-second basis with a 1 minute minimum usage cost.” |