**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| Plaintiff, | § | Civil Action No. 7:26-CV-00338 |
| v. | § | |
| GOOGLE LLC, | § | JURY TRIAL DEMANDED |
| Defendant. | § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Google LLC respectfully moves this Court to extend the date by which to answer, plead, or otherwise respond to Plaintiff Headwater Research LLC's Complaint ("Complaint"). Defendant was served on August 28, 2026, making its response to Plaintiff's Complaint due Friday, September 18, 2026.

Defendant respectfully requests that the deadline to answer or otherwise respond to the Complaint be extended by forty-five (45) days to Monday, November 2, 2026. Defendant has good cause to make this request because counsel for Google LLC requires additional time to retain lead counsel and research the allegations in the case to respond to the Complaint. Plaintiff does not oppose the Motion.

This extension is not sought for purposes of delay, but so that justice may be done.

Date: September 9, 2026

Respectfully submitted,

JACKSON WALKER L.L.P.

*/s/ Paige Welch*

Nathaniel St. Clair, II
Texas State Bar No. 24071564
nstclair@jw.com
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000
(214) 953-5822 (facsimile)
Paige Vonne Welch
Texas State Bar No. 24138184
pwelch@jw.com
100 Congress Avenue, Suite 1100
Austin, Texas 78701
(512) 236-2000
(512) 236-2002 (facsimile)

*Counsel for Defendant Google LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that Jackson Walker L.L.P. counsel conferred by electronic mail with opposing counsel on September 8, 2026, concerning this Motion, to which opposing counsel responded that Plaintiff was not opposed to the request for additional time.

*/s/ Paige Welch*
Paige Vonne Welch

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2026, a true and correct copy of Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

*/s/ Paige Welch*
Paige Vonne Welch