**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| Plaintiff, | § | Civil Action No. 7:26-CV-00338 |
| v. | § | |
| GOOGLE LLC, | § | JURY TRIAL DEMANDED |
| Defendant. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION**
**<u>OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT</u>**

Before the Court is Defendant Google LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. Having reviewed the motion, the Court is of the opinion that the motion is well taken and should be granted. Accordingly,

IT IS ORDERED that Defendant Google LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint is GRANTED.

IT IS FURTHER ORDERED that Defendant Google LLC shall have up to and including November 2, 2026, to respond to Plaintiff's Complaint.

SIGNED this ______ day of ________________, 2026.

________________________________
DAVID COUNTS
UNITED STATES DISTRICT JUDGE